1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULIA E. A., | Case No.: 22-cv-1551-MMA (DDL) |
| Plaintiff, | **ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |
| v. | |
| KILOLO KIJAKAZI, | |
| Defendant. | |

Yulia E. A. filed this social security appeal challenging the denial of her application for disability benefits. *See* Doc. No. 1. All matters in this social security appeal are hereby referred to United States Magistrate Judge David D. Leshner for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. 636(b)(1)(B); CivLR 72.1.

**IT IS SO ORDERED**.

Dated: November 8, 2022

HON. MICHAEL M. ANELLO
United States District Judge